1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   PAUL S. COWIE, Cal. Bar No. 250131
3  PATRICIA M. JENG, Cal. Bar No. 272262
   JOHN ELLIS, Cal. Bar No. 269221
4  MELISSA HUGHES, Cal. Bar No. 315727

5  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
6  Telephone:    415.434.9100
   Facsimile:    415.434.3947
7  Email         pcowie@sheppardmullin.com
                 pjeng@sheppardmullin.com
8                jellis@sheppardmullin.com
                 mhughes@sheppardmullin.com
9
   Attorneys for Defendant MCGEE AIR
10 SERVICES, INC.

11

12                 UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  BOBBY VARGAS, COREEN SILVERIE, ANA AYALA, NANCY TAPIA, AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED PERSONS,<br><br>Plaintiffs,<br><br>v.<br><br>MCGEE AIR SERVICES INC., AND DOES 1 THROUGH 1-25,<br><br>Defendants. | Case No. 3:23-cv-6333<br><br>**DEFENDANT MCGEE AIR SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT [FRCP 7.1] AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [LR 3-15]**<br><br>Complaint Filed:  July 17, 2023 |

23      Pursuant to Federal Rules of Civil Procedure 7.1 and Civil Local Rule 3-15, the

24 undersigned certifies that the following listed persons, association of persons, firms, partnerships,

25 corporations (including parent corporations) or other entities (i) have financial interest in the

26 subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in

27 that subject matter or in a party that could be substantially affected by the outcome of this

28 proceeding:

1  (1) Cary Kletter, Rachel Hallam, Daniel Bronstein, Kletter Law, Counsel for Plaintiffs.

2  (2) Paul S. Cowie; Patricia M. Jeng; John Ellis; Melissa Hughes; Sheppard, Mullin, Richter, Hampton LLP, Counsel for Defendant.

3  (3) Alaska Airlines, Inc., of which Defendant McGee Air Services, Inc. is a wholly owned subsidiary.

4  (4) Alaska Air Group, Inc., of which Alaska Airlines, Inc. is a subsidiary.

Dated: December 7, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Paul S. Cowie*
   PAUL S. COWIE
   PATRICIA M. JENG
   JOHN ELLIS
   MELISSA HUGHES
   Attorneys for Defendant
   MCGEE AIR SERVICES INC.