UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY VARGAS, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>MCGEE AIR SERVICES INC.,<br><br>        Defendant. | Case No. 4:23-cv-06333-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Rita F. Lin for consideration of whether the case is related to *Price v. McGee Air Services, Inc.*, 23-cv-02705-RFL.

**IT IS SO ORDERED.**

Dated: March 7, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge