SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PAUL S. COWIE, Cal. Bar No. 250131
PATRICIA M. JENG, Cal. Bar No. 272262
JOHN ELLIS, Cal. Bar No. 269221
MELISSA HUGHES, Cal. Bar No. 315727
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email    pcowie@sheppardmullin.com
    pjeng@sheppardmullin.com
    jellis@sheppardmullin.com
    mhughes@sheppardmullin.com

Attorneys for Defendant MCGEE AIR SERVICES, INC.

KLETTER.LAW
Cary Kletter (SBN 210230)
Rachel Hallam (SBN 306844)
Daniel Bronstein (SBN 335080)
111 South Claremont Street, Suite A
San Mateo, CA 94401
P: 415.434.3400
E: cary@kletter.law

Attorneys for Plaintiffs BOBBY VARGAS, COREEN SILVERIE, ANA AYALA and NANCY TAPIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY VARGAS, COREEN SILVERIE, ANA AYALA, NANCY TAPIA, AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED PERSONS,<br><br>    Plaintiffs,<br><br>  v.<br><br>MCGEE AIR SERVICES INC., AND DOES 1 THROUGH 1-25,<br><br>    Defendants. | Case No. 3:23-cv-6333-RFL<br><br>**JOINT STIPULATION TO DISMISS PLAINTIFFS' ENTIRE ACTION WITH PREJUDICE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Counsel for Plaintiffs BOBBY VARGAS, COREEN SILVERIE, ANA AYALA, and NANCY TAPIA ("Plaintiffs") and Defendant McGee Air Services, Inc. ("Defendant" or "McGee") (collectively "the Parties"), by and through their respective counsel of record, stipulate as follows:

**WHEREAS**, on July 17, 2023, Plaintiffs filed their Class Action and Representative Complaint in the County of Santa Clara Superior Court;

**WHEREAS**, on December 7, 2023, Defendant Removed Plaintiffs' Class Action and Representative Action (the "Action") to the United States District Court, Northern District of California;

**WHEREAS**, the Parties in this Action, along with the plaintiffs in two related matters, *Omari Robinson v. McGee Air Services, Inc., et al.*, Case No. 23-CIV-00922, California Superior Court County of San Mateo ("Robinson Action") and *Price v. McGee Air Services, Inc.*, United States District Court, Northern District of California, Case No. 3:23-CV-02705-RFL ("Price Action") have agreed to globally settle all matters on a class-wide basis;

**WHEREAS,** the Parties have executed a settlement agreement memorializing the terms of the global settlement ("Agreement");

**WHEREAS,** on June 23, 2025, the Parties filed a Joint Stipulation for Leave to file a consolidated Second Amended Complaint in the Robinson Action to include as named plaintiffs: plaintiff Price and Plaintiffs in this Action;

**WHEREAS**, the Robinson Action is currently pending in San Mateo County Superior Court;

**WHEREAS,** the Parties will be seeking approval of the Settlement Agreement through the Robinson Action; and

**WHEREAS**, pursuant to the Agreement, the Parties have agreed to dismiss this Action with prejudice, after the Second Amended Complaint was deemed filed in the Robinson Action;

**WHEREAS**, on June 24, 2025 the Second Amended Complaint was deemed filed in the Robinson Action; and

1  **WHEREAS**, Plaintiffs now seek to dismiss this entire Action with prejudice.

2  **IT IS SO STIPULATED.**

3  Dated: July ___, 2025

KLETTER LAW

By  _____/s/ Cary Kletter_____
CARY KLETTER
Attorneys for Plaintiffs BOBBY VARGAS, COREEN SILVERIE, ANA AYALA and NANCY TAPIA

Dated: July ___, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  _____/s/ Patricia M. Jeng_____
PAUL S. COWIE
PATRICIA M. JENG
JOHN ELLIS
MELISSA HUGHES
Attorneys for Defendant
MCGEE AIR SERVICES INC.

**[PROPOSED] ORDER**

IT IS SO ORDERED, that the entire Action is hereby dismissed with prejudice.

Dated: __July 30, 2025__                    _____
                                              Honorable Rita F. Lin